_____ FILED    _____ ENTERED
_____ LOGGED   _____ RECEIVED

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MAY 21 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

Case No. JKB 26-157

**KEVIN TOPPIN and
JAMAR BRISCOE,**

   Defendants

## MOTION TO UNSEAL CRIMINAL CASE

The United States of America, by its undersigned counsel, moves this Court to order and direct that the above captioned criminal case be **UNSEALED**, and in support avers that the reason for the original sealing no longer exists.

Respectfully Submitted,

Kelly O. Hayes
United States Attorney

By: _____

James T. Wallner
Assistant United States Attorney

## ORDER

Having read and considered the Government's Motion to Unseal the above captioned criminal case, and for the reasons stated therein, it is this 21st day of May 2026, **ORDERED** that the criminal case in the above captioned matter be **UNSEALED**.

_____
Douglas R. Miller
United States Magistrate Judge